IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONTRINA WILLIAMS, LATONYA HOUSTON, and MARY "HEATHER" BEVERLY, § § § § | |
| Plaintiff, § | Case No. 1:14-cv-03524-ELR |
| § | |
| vs. § | Judge Eleanor L. Ross |
| § | |
| TSA FINANCIAL GROUP, LLC and JAMES DURYEA, § § § | |
| Defendants. § | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the Parties to this action have reached an agreement in principle on all substantive terms in dispute in this matter. The Parties are currently reviewing their agreement to settle and anticipate filing it within fifteen (21) days for the Court to review and, the parties request, approve.

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the Notice of Settlement has been prepared in Times New Roman, 14-point type,

which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 15th day of May 2018.

By: /s/Thomas F. Martin
Thomas F. Martin, Esq.
Georgia Bar No. 482595
Kimberly N. Martin, Eq.
Georgia Bar No. 473410
tfmartin@martinandmartinlaw.com
kmartin@martinandmartinlaw.com
MARTIN & MARTIN, LLP
Post Office Box 1070
Tucker, GA 30085-1070
Telephone: (770) 344-7267

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CONTRINA WILLIAMS, LATONYA HOUSTON, and MARY "HEATHER" BEVERLY, | § § § § |
| Plaintiff, | § Case No. 1:14-cv-03524-ELR |
| vs. | § § Judge Eleanor L. Ross |
| TSA FINANCIAL GROUP, LLC and JAMES DURYEA, | § § § § |
| Defendants. | § |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I electronically filed the foregoing Notice of Settlement using the Court's CM/ECF system, which will automatically send e-mail notification of such filing to all attorney(s) of record and in addition I have served a copy to Defendant James Duryea by US Mail postage prepaid at the following address:

James Duryea 4741
Talleybrook Dr
Kennesaw, GA 30152

/s/ Thomas F. Martin
Thomas F. Martin